## Taggart, Appellant, *v.* Ward.

Argued October 2, 1930. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

*C. A. Fagan, Jr.,* of *Fagan, Dillon & Fagan,* with him *Robert E. Lamberton,* of *Lamberton & Moffett,* for appellant.

*J. Roy Dickie,* of *Dickie, Kier & McCamey,* for appellee.

PER CURIAM, November 24, 1930:

This is an appeal from an order refusing judgment for want of a sufficient affidavit of defense; since we cannot say that it is "clear and free from doubt" that the court

386

below erred in sending this case to trial, we shall not disturb the order appealed from, nor shall we discuss or determine the applicable rules of law or the merits of the case until the facts are more fully developed: Kaster v. Pennsylvania Fuel Supply Co., 300 Pa. 52.

The order is affirmed.